BENJAMIN B. WAGNER
United States Attorney

G. PATRICK JENNINGS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:   (202) 307-6648
E-mail:         guy.p.jennings@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JIRI V. PRUSA; ELANY A. PRUSA; DIGGER HILL (TRUST), BY DENNIS MacPHAEDDON, TRUSTEE; SHENANDOAH LAND TRUST; STATE OF CALIFORNIA FRANCHISE TAX BOARD; <br><br> Defendants. | Civil No.  2:09-CV-00601 WBS KJN <br><br> **ORDER** |

Upon the request of the parties, and for good cause shown,

**IT IS ORDERED THAT** the following cases:

<u>United States v. Jiri V. Prusa, et al.</u>, Civil No. 2:09-CV-00601 WBS KJN (E.D. Cal.)

<u>United States v. Jiri V. Prusa, et al.</u>, Civil No. 2:11-CV-00830 WBS KJN  (E.D. Cal.)

are substantively consolidated for all purposes.  All further filings shall be in 2:09-CV-00601.

**IT IS SO ORDERED.**

Date:  June 27, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE